1  NADIA FARAH ( CSBN 154599)
2  18425 Burbank Blvd, Suite 514
   Tarzana, CA 91356
3  Tel: 818-584-1946
   nadia@nadiafarah.com
4

**GRANTED**
Judge Yvonne Gonzalez Rogers
3/27/18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHDI RAHMANI MOGHADAM,<br><br>Plaintiff,<br><br>vs.<br><br>DUKE, et al,<br><br>Defendant | CASE NUMBER: 4:18-CV-00636-YGR<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE |

TO HONORABLE COURT, ALL PARTIES AND COUNSEL, Plaintiff Mahdi MOGHADAM RAHMANI, by and through his attorney of record NADIA FARAH, hereby pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses the entire case against defendants. Such Dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: March 26, 2018

Respectfully submitted,

NADIA FARAH, Attorney for Plaintiff

PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NUMER: 4:18-CV-00636-YGR, RAHMANI MOGHADAM V. DUKE

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California using the Northern District's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 26, 2018 in Tarzana, CA.

/s/Nadia Farah

PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NUMER: 4:18-CV-00636-YGR, RAHMANI MOGHADAM V. DUKE